# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

FILED
MAY 10 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

**BRYCE ASHLEY REED**

**CRIMINAL COMPLAINT**

CASE NUMBER: W13-127M

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about **April 26, 2013,** in **McLennan** County, in the **Western** District of **Texas**, defendant(s), **knowingly and unlawfully did possess a firearm, as defined by Title 26, United States Code 5845(a), namely: a destructive device, which firearm was not registered to him in the National Firearms Registration and Transfer Record,** in violation of Title **26**, United States Code, Section(s) **5861(d) and 5871**.

I further state that I am a(n) **Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives,** and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

continued on the attached sheet and made a part hereof: YES

DOUGLAS J. KUNZE, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and subscribed in my presence,

May 10, 2013                                   Waco, Texas
Date                                           City and State

Jeffrey C. Manske
U.S. Magistrate Judge                          Jeffrey C. Manske
Name & Title of Judicial Officer               Signature of Judicial Officer

AFFIDAVIT

Your Affiant, Douglas J. Kunze, being duly sworn, deposes and says:

I am employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Special Agent and is assigned to the Waco Satellite Office. Affiant has been so employed for 26 years.

I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. As a result of my training and experience as an ATF Special Agent, I am familiar with Federal explosive laws and know that it is unlawful for any person to possess an unregistered firearm or destructive device, in violation of Title 26, United States Code, Section 5861(d).

On May 7, 2013, McLennan County Sheriff's Office was called to a residence in Abbott, McLennan County, Texas, which is located in the Waco Division of the Western District of Texas, for a possible destructive device. It was determined that the destructive device components found at the residence had been in the possession of **BRYCE ASHLEY REED**. The components included a galvanized metal pipe that was 3.5 inches in length by 1.5 inches in diameter. Attached to the pipe were two galvanized end caps, one of which contained a drilled hole approximately 1/8 inch in diameter. Additionally, the canisters contained an unknown amount of hobby fuse, a lighter, a digital scale, plastic spoon, six coils of metal ribbon, and several pounds of chemical powders in individual bags. These powders included Potassium Nitrate, Aluminum powder, Red Iron Oxide, Ammonium Perchlorate, Potassium Perchlorate, Sulfur powder, Air Float Charcoal and Eckart 10890 German Dark Aluminum. After further investigation, it was determined that the resident had unwittingly taken possession of the components from REED on April 26, 2013.

Affiant knows that under Federal law Title 26, United States Code, Section 5845 (f)(3), the term "destructive device" includes any combination of parts either designed or intended for the use in converting any device into a destructive device as defined in subparagraphs (1) and (2) and from which a destructive device may be readily assembled.

Affiant, who is an ATF Certified Explosives Specialist (CES), ATF Chemist Kelly Hester and ATF Explosives Enforcement Officer (EEO) David A. Bennett, examined the contents of the aforementioned canisters. Affiant, EEO Bennett and Chemist Hester agree that the aforementioned combination of parts can be readily assembled into a destructive device.

Affiant also determined from other law enforcement investigators that REED admitted to possessing the components of the pipe bomb.

Affiant had BRYCE ASHLEY REED queried for the registration of any Title II weapons, which includes destructive devices. The query resulted in no weapons registered to BRYCE ASHLEY REED.

DOUGLAS I. KUNZE, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

SWORN TO AND SUBSCRIBED BEFORE ME on this the 10th day of May, 2013.

JEFFREY C. MANSKE
United States Magistrate Judge