Case No: 6:13cr130
PTSO: [CEH]    PO: [GCR]

**CLERK'S COPY**

Filed: 12/05/13
Doc. #47

AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

BRYCE ASHLEY REED,

    Defendant.

Case Number    W-13-CR-130 (01)
USM Number    18284-380

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, BRYCE ASHLEY REED, was represented by Jonathan P. Sibley.

The defendant pled guilty to Counts 1S and 2S of the Superseding Information on October 10, 2013. Accordingly, the defendant is adjudged guilty of such counts, involving the following offenses:

| Title & Section | Nature of Offense | Offense Ended | Counts |
|---|---|---|---|
| 26 USC 5861(f) and 18 USC 371 | Conspiracy to Make an Unregistered Firearm, to wit: A Destructive Device | 4/26/13 | 1S |
| 18 USC 1512(c)(1) | Attempt to Obstruct Justice | 4/26/13 | 2S |

As pronounced on December 4, 2013, the defendant is sentenced as provided in Pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the _5_ day of December, 2013.

WALTER S. SMITH JR.
UNITED STATES DISTRICT JUDGE